AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America <br> v. <br> RICARDO CLAVIJO <br> *Defendant(s)* | ) ) ) ) ) ) ) ) Case No. 21-mj-2080 (AMD) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 8, 2021 to July 12, 2021,__ in the county of __Atlantic__ in the _____ District of __New Jersey__, the defendant(s) violated:

| Code Section | Description of Offenses |
|---|---|
| 21 USC 846 | Conspiracy to Distribute one kilogram or more of heroin <br> (See attachment A) |

This criminal complaint is based on these facts:

See Attachment B

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Wivian Taveras, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephone__ *(specify reliable electronic means)*.

Date: 07/13/2021

_____
*Judge's signature*

City and state: __District of New Jersey__   Hon. Ann Marie Donio, U.S. Magistrate Judge
*Printed name and title*

CONTENTS APPROVED
UNITED STATES ATTORNEY

By: *Andrew B. Johns*
Andrew B. Johns
Assistant U.S. Attorney

Date: July 13, 2021

## ATTACHMENT A

From on or about June 8, 2021 through on or about July 12, 2021, in Atlantic County, in the District of New Jersey, and elsewhere, the defendant,

## RICARDO CLAVIJO

did knowingly and intentionally conspire and agree with others, known and unknown, to distribute and to possess with intent to distribute one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), in violation of Title 21, United States Code, Section 846.

## ATTACHMENT B

1.  I, Wivian Taveras, am a Special Agent with the Drug Enforcement Administration (DEA). The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested Criminal Complaint and does not set forth all of my knowledge about this matter nor does it identify all information known by the Government concerning this investigation. Except as otherwise indicated, the actions, conversations, and statements of others identified in this Affidavit are reported in substance and in part. Similarly, where events are described with reference to dates and times the events should be read as having occurred on or about or at or about the dates and time referenced.

2.  Since in or about January 2021, the DEA has been investigating the drug distribution activity of RICARDO CLAVIJO, CHRISTOPHER GONZALEZ, and others, known and unknown. Video recordings, physical surveillance, reviews of telephone records, bank records, and other information obtained during this investigation has revealed that CLAVIJO, GONZALEZ, and others have conspired to distribute and possess with intent to distribute heroin during this time period.

3.  On June 8, 2021, GONZALEZ was observed operating a rented box truck. GONZALEZ drove the truck from the rental facility to a residence in Egg Harbor Township, Atlantic County, New Jersey (Residence 1). At Residence 1, GONZALEZ parked the box truck so that the rear door was close to the garage door of the residence. Thereafter, GONZALEZ and others were observed going in and out of the box truck. GONZALEZ then drove the truck to a municipal dump, where he emptied numerous trash bags and other items from the box truck into a designated area for dumping trash. DEA agents retrieved that trash and found, among other things, the following items.

    a.  Approximately two dozen empty plastic packages, consistent with materials used to package kilogram quantities of drugs; residue from which later field tested positive for the presence of heroin, fentanyl, or cocaine, respectively. At least one of the packages was marked "TREBOL."

    b.  Vacuum sealing bags with suspected drug residue.

    c.  Used cellular telephones, some in their retail boxes with phone numbers written on the boxes.

    d.  Wax folds inside a cardboard box, stamped "BLLEBENZ"; about a dozen similar empty cardboard boxes; additional wax folds stamped "FRIED CHICKEN" in red ink and "HARLEM NIGHTS" in blue ink; a red stamp pad; playing cards; used, disposable aluminum pans; and a box of rubber bands.

    e.  An empty box of N95 disposable respirator masks.

    f.  Paystubs for Christopher GONZALEZ, listing his address as Residence 1.

4. On July 12, 2021, the DEA, along with officers from other assisting law enforcement agencies, served a court authorized search warrant at Residence 1. Upon execution of the search warrant, law enforcement officers encountered CLAVIJO just inside the door and GONZALEZ in the basement. In the search of Residence 1, law enforcement agents discovered narcotics packaging materials, a firearm, and distribution quantities of suspected heroin in the basement. Specifically, agents discovered:

   a. Bulk packages of suspected narcotics, consisting of five approximately kilogram-sized packages of a white substance that field tested positive for fentanyl and cocaine, two approximately kilogram sized packages of a tan substance that field tested positive for the presence of heroin, and eight approximately kilogram sized packages of a white substance that tested positive for the presence of fentanyl. The packaging, color, and consistency of the substances in these packages is consistent with actual heroin, fentanyl, and cocaine. Additionally, at least one the bulk packages of suspected fentanyl bore the mark "TREBOL," similar to the mark that was found on one of the packages dumped by GONZALEZ on June 8, 2021, described above.

   b. A Smith and Wesson .45 caliber handgun, model M&P Shield, serial number JBV0383, and loaded magazine that fits the weapon. Both items were hidden in a black plastic bag near the bottom of the stairs.

   c. On a counter, a plastic tub with white powder, suspected to be heroin. The tub was on a digital scale. The white powder was field tested and tested positive for the presence of heroin.

   d. Mirrors with suspected drug residue and an empty plastic wrapper with suspected heroin residue were also located on the counter.

   e. Unused vacuum sealing bags.

   f. A suitcase with approximately 50 cardboard boxes. An initial sampling of some of the cardboard boxes revealed that they each contained approximately 600 wax folds, individually stamped, and either wrapped in magazine paper or rubber banded into bundles. Each wax fold contained a brown powdery substance, consistent with suspected heroin.

   g. Thousands of empty wax folds, ink pads, stamps, grinders, and a kilo press.

   h. An electronic money counter.

5. The packages found in the basement containing suspected heroin weighed at least approximately one kilogram.

6. After being advised of his constitutional rights, CLAVIJO told DEA agents that all of the drugs in the house belonged to him. CLAVIJO also stated that the handgun belonged to him. CLAVIJO was able to accurately describe the handgun and the location where it was found to the DEA agents. CLAVIJO also stated that prior to being taken into custody, he unloaded the handgun and placed it where agents had found it.

Pursuant to Fed. R. Crim. P. 4.1, Special Agent Tavares was sworn and attested to the contents of this affidavit via telephone on July 13, 2021.

_____
Special Agent Wivian Tavares
Drug Enforcement Administration

_____
Honorable Ann Marie Donio
United States Magistrate Judge